FILED
SUPERIOR COURT
OF GUAM

2019 JAN 29 PM 1: 37

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,** | **CRIMINAL CASE NO.: CF23-18/CF29-18** |
| vs. | |
| | **DECISION AND ORDER** |
| **JAVIN ROSS GARRIDO,** | (Defendant's Motion for Decertification |
| DOB: 10/12/1998 | and Transfer to Family Court) |
| **DEFENDANT.** | |

## INTRODUCTION

This matter came before the Honorable Anita A. Sukola on Javin Ross Garrido's ("Defendant") Motion for Decertification and Transfer to Family Court. Attorney Stephen Hattori appears on behalf of the Defendant. Assistant Attorney General Christine Santos Tenoio appears on behalf of the People of Guam ("People"). Upon review of the written and oral arguments, and legal authorities presented by the Parties, and for the reasons set out herein, the Court issues this decision and order **DENYING** Defendant's Motion.

## BACKGROUND

On January 30, 2018, a Superior Court of Guam Grand Jury returned an indictment in CF0023-18, charging Defendant with three (3) counts of FIRST DEGREE CRIMINAL SEXUAL CONDUCT (As a 1st Degree Felony) and three (3) counts of SECOND DEGREE CRIMINAL SEXUAL CONDUCT (As a 1st Degree Felony). CF0023-18 Indictment (Jan. 30, 2018). Defendant

was between the ages of sixteen (16) and seventeen (17) when the incidents in CF0023-18 allegedly occurred.

Also on January 30, 2018, a Superior Court of Guam Grand Jury returned an indictment in a separate case against Defendant, CF0029-18. CF0029-18 Indictment (Jan. 30, 2018). In this case, Defendant was charged with two (2) counts of FIRST DEGREE CRIMINAL SEXUAL CONDUCT (As a 1st Degree Felony) and seven (7) counts of SECOND DEGREE CRIMINAL SEXUAL CONDUCT (As a 1st Degree Felony). Id. Defendant was between the ages of eighteen (18) and nineteen (19) years old when the incidents in CF0029-18 allegedly occurred.

Defendant reached the age of eighteen (18) on October 12, 2016, and was therefore an adult at the time of charging in both cases.

### DISCUSSION

Under 19 GCA § 5106(d), a defendant may move the Court to transfer an indicted case to the jurisdiction of the Family Court. The Family Court may properly accept the transfer upon a finding, based on clear and convincing evidence, that the best interest of the minor would be amenable to the care, treatment, and training programs available through the facilities of the juvenile court based on an evaluation of specified factors. However, not all charges stemming from offenses committed by minors are necessarily eligible for transfer to Family Court.

Section 5106 of the Family Court Act "is not a statute which vests jurisdiction; in fact, it sets forth situations in which the Family Court may lose jurisdiction." Quichocho, 1997 Guam 13 ¶ 7. Before 19 GCA § 5106 is available to a certain individual, it must first be determined that the individual is a child who falls under the jurisdiction of the Family Court. Under 19 GCA § 5102(d), an individual is only a child if he or she is under eighteen on the date legal proceedings commence against the person. Id. Therefore, to obtain the benefit of a certification hearing, both the date of the offense and the date legal proceedings commence must occur while the individual is under eighteen. Id.

In the present case, Defendant was over the age of eighteen (18) when he was charged in both CF0023-18 and CF0029-18. He was therefore not a child when legal proceedings commenced, and his charges cannot be transferred to the jurisdiction of the Family Court. Because decertification proceedings are inapplicable in the Defendant's position, the Court does not need to apply the factors set forth in 19 GCA § 5106(d).

The Court now turns to whether the Superior Court has jurisdiction over Defendant, despite the fact he was a minor at the time of the alleged crimes. 19 GCA § 5106(a) provides that a child who is sixteen (16) years of age or older at the time of an offense may be charged as an adult. See also People v. Gomia, 2017 Guam 13 ¶ 10. Defendant is only charged with offenses occurring after he turned sixteen (16) years old, and the Superior Court therefore has jurisdiction over all charges in both CF0023-18 and CF0029-18.

## CONCLUSION

Thus, by preponderance of the evidence and based on the foregoing reasons, the Court **DENIES** the Defendant's Motion for Decertification and Transfer to Family Court.

CRIMINAL TRIAL SETTING HRG: 2/12/19 at 10am.

SO ORDERED ___1/29/19___.

_[signature]_

The Honorable Anita A. Sukola
Judge, Superior Court of Guam

SERVICE VIA COURT BOX

I acknowledge that a copy of the original hereto was placed in the court box of: AG, PDSC

Date: 1/29/19   Time: 1:46 @

Deputy Clerk, Superior Court of Guam